IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESSE L. YOUNGBLOOD,

    Petitioner,                   No. CIV S-11-1223 LKK DAD P

   vs.

WARDEN, et al.,

    Respondents.               <u>ORDER</u>

          Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 30, 2012, respondent filed a motion to dismiss. Petitioner has not filed any opposition to that motion. Local Rule 230(l) provides in part: "Failure of the responding party to file an opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions."

          Accordingly, IT IS HEREBY ORDERED that, within fourteen days of the service of this order, petitioner shall file an opposition to the motion to dismiss and shall show cause in writing why sanctions should not be imposed for the failure to file a timely opposition.

/////

/////

1

1  Petitioner's failure to respond to this order may result in the imposition of sanctions, including
2  the dismissal of this habeas action.
3  DATED: April 2, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
youn1223.osc